■ THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN FRANK.— Motion to dispense with printing denied.  Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ JOSEPH FELIKS v. AMERICAN BAMBOO CORP. et al.— Motion to compel payment of one half of printing costs denied.  Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ SAMUEL FREIER, Doing Business as FRESA FABRICS CO. v. ASHOUR SHAYANI, Doing Business as SHAYANI EXPORT CO.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 14, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached.  Respondent's points are to be served and filed on or before April 29, 1960.  Reply points, if any, are to be served and filed on or before May 4, 1960.  Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ HANS A. SONNENTHAL, as Executor v. LOUIS HODES et al.— Motion to dismiss appeal granted, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 14, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached.  Respondent is to serve and file his points on or before April 29, 1960.  Reply brief, if any, to be served on or before May 4, 1960.  The plaintiff-respondent is awarded $10 costs on this motion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ TITIAN V. DE CANDIDO, Doing Business as REX PHARMACY, v. YOUNG STARS, INC., et al.— Motion for stay granted and the stay contained in the order to show cause, dated March 24, 1960, is continued pending the hearing and determination of the appeal, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 4, 1960, with notice of argument for April 11, 1960.  Respondent's points are to be served and filed on or before April 8, 1960.  Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

## SECOND DEPARTMENT, MARCH, 1960

### (March 2, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE PHILLIPS, Appellant, against WILFRED L. DENNO, as Warden of Sing Sing Prison, et al., Respondents.— Appeal from an order dismissing a writ of habeas corpus and remanding appellant to custody (*People ex rel. Phillips* v. *Denno*, 18 Misc 2d 963).  Order unanimously affirmed, without costs.  No opinion.  Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.